IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONE LEROY EAST, ) | NO. 1:10-CV-1053 AWI DLB PC |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS & |
| ) | RECOMMENDATIONS |
| v. ) | |
| ) | ORDER DENYING MOTION FOR |
| G. KABONIC, et al., ) | PRELIMINARY INJUNCTION |
| ) | |
| Defendants. ) | (Documents *#8 & #10*) |
| ) | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. On August 25, 2010, Plaintiff filed a motion for a preliminary injunction. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 8, 2011, the Magistrate Judge filed Findings and Recommendations that recommended the court deny Plaintiff's motion for a preliminary injunction The Findings and Recommendations were served on Plaintiff and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fourteen days. Plaintiff has not submitted objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this court has conducted a *de novo* review of this case. Having reviewed the entire file, the court finds the Findings and Recommendations to be supported by both the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on March 8, 2011 is adopted in full;
2. Plaintiff's motion for a preliminary injunction is DENIED; and
3. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   March 31, 2011

CHIEF UNITED STATES DISTRICT JUDGE

2